ACCEPTED
03-13-00113-CV
6042142
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/13/2015 3:22:16 PM
JEFFREY D. KYLE
CLERK

NO. 03-13-00113-CV

TEXAS COMMISSION ON              §
ENVIRONTMENTAL QUALITY AND       §
REPUBLIC WASTE SERVICES, LTD.    §
    *Appellants*                    §
                                    §          IN THE COURT OF APPEALS
                                    §
v.                               §
                                    §          FOR THE THIRD JUDICIAL
                                    §
THE CITY OF ALEDO AND THE CITY   §
OF WILLOW PARK,                  §          DISTRICT OF TEXAS
    *Appellees*                     §
                                    §

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
7/13/2015 3:22:16 PM
JEFFREY D. KYLE
Clerk

## MOTION TO EXTEND
## TIME TO FILE MOTION FOR REHEARING

TO THE HONORABLE THIRD COURT OF APPEALS:

Appellee City of Aledo ("Aledo") files this, its Motion for an Extension of Time to File a Motion for Rehearing in the above-referenced cause. For support, Aledo respectfully offers the following:

Aledo's Motion for Rehearing is currently due July 23, 2015. Aledo requests that the deadline be extended until September 4, 2015, 43 days from the current deadline.

Counsel for Republic Waste Services of Texas, Ltd. ("Republic"), the Texas Commission on Environmental Quality ("TCEQ"), and the City of Willow Park are UNOPPOSED to this request for an extension of time.

### REASONS FOR REQUEST

Aledo requests an extension of time to file its Motion for Rehearing because the City's management will not be able to consider the court's opinion, and the attorney responsible for preparing this Motion, Eric Allmon, will not be able to begin preparations

for or complete the motion within the current deadline of July 23, 2015, despite the exercise of diligence:

1. At the time of issuance of the opinion, the Mayor of the City of Aledo was on vacation, lasting until July 13, 2015.

2. The first meeting of the Aledo City Council after issuance of the opinion will be on July 23, at which time it will consider the Court's opinion.

3. Mr. Allmon is preparing prefiled testimony in the Matter of the Application for Creation of Travis County Municipal Utility District No. 22, due July 17, 2015 (State Office of Administrative Hearings Docket No. 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).

4. Mr. Allmon will be on vacation August 7 – 16, 2015.

## CONCLUSION AND PRAYER

For the foregoing reasons, Aledo respectfully requests an additional 43 days, up to and including September 4, 2015, to file its Motion for Rehearing. This is Aledo's first request for an extension of time to file this Motion.

Respectfully Submitted,

    /s/ Eric Allmon
Eric Allmon
State Bar No. 24031819

FREDERICK, PERALES, ALLMON &
ROCKWELL, P.C.
707 Rio Grande, Suite 200
Austin, Texas 78701
Telephone (512) 469-6000
Facsimile (512) 482-9346
COUNSEL FOR CITY OF ALEDO

## CERTIFICATE OF CONFERENCE

By my signature below, I hereby certify that counsel for Aledo conferred with Ms. Nancy Olinger, counsel for the TCEQ, Mr. Brent Ryan, counsel for Republic, and Ms. Mary Sahs, counsel for the City of Willow Park. Ms. Olinger, Mr. Ryan, and Ms. Sahs are UNOPPOSED to this motion.

## CERTIFICATE OF SERVICE

By my signature below, I certify that on this 13th day of July, 2015, a copy of the foregoing document was served upon the parties identified below via facsimile transmission, electronic mail, hand delivery and/or U.S. Postal Mail.

/s/ Eric Allmon
Eric Allmon

FOR THE TEXAS COMMISSION ON ENVIRONMENTAL QUALITY:
Nancy Olinger
Office of the Attorney General
Envtl. Prot. & Admin. Law Div.
P.O. Box 12548 (MC-018)
Austin, TX 78711-2548
Telephone (512) 463-2012
Facsimile (512) 320-0911
Nancy.Olinger@texasattorneygeneral.gov

FOR THE CITY OF WILLOW PARK:
Mary K. Sahs
Sahs & Associates, P.C.
609 Thrasher Ln.
Austin, TX 78741
Telephone (512) 326-2556
Facsimile (512) 326-2606
marysahs@sahslaw.onmicrosoft.com

FOR REPUBLIC WASTE SERVICES OF TEXAS:
Mr. Brent Ryan
Mr. Paul R. Tough
McElroy, Sullivan, Miller,
Weber & Olmstead, L.L.P.
P.O. Box 12127
Austin, TX 78711
Telephone (512) 327-8111
Facsimile (512) 327-6566
bryan@msmtx.com
ptough@msmtx.com